**DISMISSED; Opinion Filed July 7, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00021-CV

**JEREMIAH O'KEEFFE, Appellant**
**V.**
**NORTHSTAR PROPERTY MANAGEMENT, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-02734-2015**

## MEMORANDUM OPINION

Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Stoddart

Appellant's brief in this case is overdue. By postcard dated May 3, 2016, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a) (1), 42.3(b) (c).


/Craig Stoddart/
CRAIG STODDART
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEREMIAH O'KEEFFE, Appellant

No. 05-16-00021-CV    V.

NORTHSTAR PROPERTY
MANAGEMENT, Appellee

On Appeal from the County Court at Law
No. 7, Collin County, Texas
Trial Court Cause No. 007-02734-2015.
Opinion delivered by Justice Stoddart.
Justices Myers and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee NORTHSTAR PROPERTY MANAGEMENT recover its costs of this appeal from appellant JEREMIAH O'KEEFFE.

Judgment entered this 7th day of July, 2016.